1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2
3   PHILIP GUENTERT (CABN 147374)
    Acting Chief, Criminal Division
4   CHRISTINA McCALL (CABN 234139)
    Assistant United States Attorney
5
6       1301 Clay Street, Suite 340-S
        Oakland, California 94612
7       Telephone:  (510) 637-3680
        Facsimile:  (510) 637-3724
8       E-Mail:    Christina.mccall@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No.  CR-15-0330 JSW
                                       )
14          Plaintiff,                 )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO AUGUST 23, 2016
15      v.                             )   AND ORDER THEREON
                                       )
16  DAVID WESLEY REINHART,             )
                                       )   Date:      August 16, 2016
17          Defendant.                 )   Time:      1:00 p.m.
                                       )   Court:     Hon. Jeffrey S. White
18  _____)
                                       )
19

20          The above-captioned matter is set on August 16, 2016 before this Court for a sentencing hearing.

21  The parties request that the Court continue the hearing to August 23, 2016.  The continuance is

22  requested to allow the United States Probation Office to address a Sentencing Guidelines calculation

23  issue and issue an amended Presentence Report.  Defense counsel needs time to address the changed

24  Guidelines calculation with his client, and incorporate any response in the defense sentencing

25  memorandum.

26          The parties have conferred with United States Probation Officer Kyle Pollak and, though Mr.

27  Pollak is not personally available on August 23, 2016, another Probation Officer who is familiar with the

28  //

STIP. REQ. TO CONTINUE HEARING
NO. CR-15-0330 JSW

case will appear on that date.

**IT IS SO STIPULATED:**

DATED: August 9, 2016                    Respectfully submitted,

                                         BRIAN J. STRETCH
                                         United States Attorney

                                         _____/s/_____
                                         CHRISTINA McCALL
                                         Assistant United States Attorney

DATED: August 9, 2016                    _____/s/_____
                                         NED SMOCK
                                         Counsel for David W. Reinhart

## [~~PROPOSED~~] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby reschedules the sentencing of defendant David W. Reinhart to August 23, 2016 at 1:00 p.m.

**IT SO ORDERED.**

DATED:  August 10, 2016                  _____
                                         The Hon. Jeffrey S. White
                                         United States District Court Judge

STIP. REQ. TO CONTINUE HEARING
NO. CR-15-0330 JSW